TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00102-CV

KML, Inc., Appellant

v.

Joseph Kropka, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 98-14058, HONORABLE LORA LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 

 Appellant KML, Inc. and appellee Joseph Kropka have filed a joint motion to
vacate the trial court's judgment and dismiss the case with prejudice. 

 The district court signed a final judgment on November 21, 2000. After KML's
motion for new trial and motion for judgment n.o.v. were overruled, KML timely filed a notice
of appeal. The parties inform us that they have now settled the controversy between them and
desire to terminate all pending litigation. The parties request that this Court vacate the district
court's judgment, dismiss all of Kropka's claims against KML with prejudice, and assess the costs
of the lawsuit against the party incurring them. 

 We grant the motion, vacate the district court's judgment, dismiss the case with
prejudice, and assess costs of court against the party incurring them. Tex. R. App. P. 43.2(e). 

Before Justices Kidd, B. A. Smith and Puryear

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: April 19, 2001

Do Not Publish